OPINION — AG — ** CITY SALES TAX — STATE BUILDING — CONSTRUCTION ** THE CITY OF NORMAN CAN ENFORCE ITS ONE CENT SALES TAX ON THE CONSTRUCTION OF STATE BUILDING ON STATE GROUNDS, SAID CONSTRUCTION BEING DONE BY A PRIVATE CONTRACTOR, WHERE SAID GROUNDS ARE WITHIN THE CITY LIMITS OF THE CITY OF NORMAN. (SALES TAXES, PROPERTIES, BUILDING, MUNICIPALITY, BOUNDARIES, CONTRACT, MATERIAL) CITE: OPINION NO. 66-281, 68 O.S. 1304 [68-1304], 68 O.S. 1305 [68-1305] (CHARLES L. OWENS)